# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KEITH LARSON, et al.,

    Plaintiffs,

 v.

AT&T CORP.,

    Defendant.

AND RELATED CASES:

King v. AT&T Corp. 3:16-cv-04853

Barre v. AT&T Corp. 3:16-cv-04856

Goodman v. AT&T Corp. 3:16-cv-04861

Dolmage v. AT&T Corp. 3:16-cv-04862

Jolin v. AT&T Corp. 3:16-cv-04863

Aquino v. AT&T Corp. 3:16-cv-04864

Case No. 16-cv-04858-VC

**ORDER TO SHOW CAUSE**

Within 7 days of this order, counsel for each side shall file a letter brief showing cause why the stay in the cases related to *Larson v. AT&T Corp.* should not be lifted in light of the conversation at the case management conference on May 2, 2017 about the statute of limitations issue.

**IT IS SO ORDERED.**

Dated: May 11, 2017

_____

VINCE CHHABRIA
United States District Judge