# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONWAY KING, individually, and on behalf of all others similarly situated. | Case No. 3:16-cv-04853-VC |
| Plaintiffs, | [~~PROPOSED~~] ORDER DISMISSING ACTION |
| vs. | |
| AT&T, Corp. | |
| Defendants. | |

The Court, having considered the submissions of Plaintiff Conway King (collectively, "Named Plaintiff") and Defendant Pacific Bell Telephone Company ("Pac Bell")[1] (together, "the Parties"), and having considered the oral presentation by counsel for all Parties, and good cause appearing therefor, this Court orders as follows:

1. The individual causes of action of Plaintiff Conway King are hereby dismissed with prejudice;
2. The class allegations asserted in the operative complaint in this action are dismissed without prejudice to any unnamed class members;
3. Defendant shall give notice of this dismissal to the Communications Workers of America: Local 9400;
4. Defendant shall file proof of service of such notice of the dismissal of this action on the Communications Workers of America: Local 9400 within fourteen (14) days of entry of the Order dismissing the action; and
5. Each of the Parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 14, 2018

_____
HON. VINCE CHHABRIA

---

[1] The Parties previously agreed that Defendant Pacific Bell Telephone Company erroneously was sued as "AT&T Corp." *See Larson v. Pacific Bell Telephone Company*, Case No. 3:16-cv-04858-VC (ECF 12, 20, 40).